170 So.2d 864

**RIVERSIDE REALTY COMPANY, Inc.**

v.

**SOUTHERN BOWLING CORPORATION OF LOUISIANA.**

No. 47583.

Feb. 5, 1965.

In re: Riverside Realty Company, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 228.

The application is denied. There appears no error of law in the judgment complained of.

170 So.2d 865

**PITTMAN CONSTRUCTION COMPANY**

v.

**HOUSING AUTHORITY OF NEW ORLEANS.**

No. 47584.

Feb. 5, 1965.

In re: Housing Authority of New Orleans applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 169 So.2d 122.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.

170 So.2d 865

**Robert M. PAMPAS, individually and for the use and benefit of his minor son, Robert M. Pampas, Jr.**

v.

**CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY.**

No. 47585.

Feb. 5, 1965.

In re: Robert M. Pampas, individually and for the use and benefit of his minor son, Robert M. Pampas, Jr., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 169 So.2d 200.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

HAWTHORNE, J., thinks the writ should be granted.

SANDERS and SUMMERS, JJ., are of the opinion that the writ should be granted.

170 So.2d 865

**PITTMAN CONSTRUCTION COMPANY**

v.

**HOUSING AUTHORITY OF NEW ORLEANS.**

No. 47586.

Feb. 5, 1965.

In re: E. F. Minyard, d/b/a Rockwool Insulation Company, and Fidelity & Deposit